1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel: (775) 684-1150
   E-mail: drands@ag.nv.gov
6
   *Attorneys for Defendants*
7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

| | |
|---|---|
| 10  JASMINE PAUL SANCHEZ,<br>11              Plaintiff,<br>12  v.<br>13  ELY STATE PRISON, et al.,<br>14              Defendants. | Case No. 3:18-cv-00317-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 15  JASMINE PAUL SANCHEZ,<br>16              Plaintiff,<br>17  v.<br>18  GITTERE, et al.,<br>19              Defendants. | Case No. 3:18-cv-00475-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 20  JASMINE PAUL SANCHEZ,<br>21              Plaintiff,<br>22  v.<br>23  BRALOWER, et al.,<br>24              Defendants. | Case No. 3:19-cv-00431-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 25  JASMINE PAUL SANCHEZ,<br>26              Plaintiff,<br>27  v.<br>28  GITTERE, et al.,<br>              Defendants. | Case No. 3:19-cv-00432-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1  JASMINE PAUL SANCHEZ,<br>2               Plaintiff,<br>3  v.<br>4  JONES, et al.,<br>5               Defendants. | Case No. 3:19-cv-00447-MMD-CLB<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 6  JASMINE PAUL SANCHEZ,<br>7               Plaintiff,<br>8  v.<br>9  KIRCHEN, et al.,<br>10              Defendants. | Case No. 3:19-cv-00448-MMD-CLB<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 11 JASMINE PAUL SANCHEZ,<br>12              Plaintiff,<br>13 v.<br>14 GITTERE, et al.,<br>15              Defendants. | Case No. 3:19-cv-00492-MMD-WGC<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 16 JASMINE PAUL SANCHEZ,<br>17              Plaintiff,<br>18 v.<br>19 HOMAN, et al.,<br>20              Defendants. | Case No. 3:19-cv-00527-MMD-WGC<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 21 JASMINE PAUL SANCHEZ,<br>22              Plaintiff,<br>23 v.<br>24 ROSE, et al.,<br>25              Defendants. | Case No. 3:19-cv-00557-MMD-WGC<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

26
27
28

| | |
|---|---|
| JASMINE PAUL SANCHEZ,<br><br>              Plaintiff,<br><br>v.<br><br>MANNING, et al.,<br><br>              Defendants. | Case No. 3:19-cv-00757-RCJ-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JASMINE PAUL SANCHEZ,<br><br>              Plaintiff,<br><br>v.<br><br>WICKHAM, et al.,<br><br>              Defendants. | Case No. 3:20-cv-00291-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JASMINE PAUL SANCHEZ,<br><br>              Plaintiff,<br><br>v.<br><br>HOMAN, et al.,<br><br>              Defendants. | Case No. 3:20-cv-00319-APG-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JASMINE PAUL SANCHEZ,<br><br>              Plaintiff,<br><br>v.<br><br>REUBART, et al.,<br><br>              Defendants. | Case No. 3:20-cv-00610-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JASMINE PAUL SANCHEZ,<br><br>              Plaintiff,<br><br>v.<br><br>JONES, et al.,<br><br>              Defendants | Case No. 3:20-cv-00577-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Jasmine Paul Sanchez, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, based upon the

Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 14 day of December, 2020.                    DATED this ____ day of December, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

_____                          By: _____
JASMINE PAUL SANCHEZ                                     DOUGLAS R. RANDS, Bar No. 3572
Plaintiff, *Pro Se*                                      Senior Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MEREDITH BERESFORD, Bar No. 13308
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATED: __December 15, 2020__